1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  75 East Santa Clara Street, Suite 290
   San Jose, California  95113
3  (408) 971-6270 telephone
   (408) 971-6271 facsimile
4

5  ATTORNEYS FOR DL Builders, Inc. and David
   Halvorsen
6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| Sebastian Valdovinos, Jose Carillo, and Abelino Solario, | CIVIL ACTION |
|---|---|
| Plaintiffs, | Case No.  5:15-cv-04256 |
| v. | **ORDER AFTER CASE MANAGEMENT CONFERENCE** |
| DL Builders, Inc., and David Halvorsen Defendants. | Date:   12/18/2015<br>Time:   10:30 a.m.<br>Courtroom:  6 |
| | Judge: Hon. Ronald M. Whyte |

A Case Management Conference was held on December 18, 2015 at 10:30 a.m. before the Honorable Ronald M. Whyte in the above referenced matter.  The Court set the following discovery deadlines and instructions:

   1. Initial Disclosures are due January 11, 2016;

   2. Depositions are limited to 5 per each side;

   3. Interrogatories are limited to 15 per each side;

   4. Requests for Production of documents are unlimited, but should be narrowly tailored;

   5. The discovery shall initially be focused on class certification issues and any discovery with the above limits may be conducted after the class certification hearing;

6. The Court set a hearing date of April 15, 2016 at 9:00 a.m. for Plaintiffs' Motion for Class Certification; and

7. A further Case Management Conference will be held on April 15, 2016 at 10:30 a.m.

IT IS SO ORDERED.

Dated:  1/27/2016

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge